**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

_____

In re

Lisa C. Berman
Jay Berman

                         Debtors

_____

Chapter 7
USBC Case No. 15-11512-BAH

Contingent Hearing Date:  August 11, 2021
Hearing Time:  9:00 a.m.
Courtroom:  Courtroom A
Objection deadline:  August 4, 2021

## SECOND INTERIM APPLICATION OF CHAPTER 7 TRUSTEE FOR COMMISSION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE BRUCE A. HARWOOD, CHIEF UNITED STATES BANKRUPTCY JUDGE:

    Michael S. Askenaizer, Chapter 7 Trustee, submits his second request for interim commission and reimbursement of expenses as follows:

    1. Trustee is the duly acting and qualified Chapter 7 Trustee herein.

    2. Through the date hereof, Trustee has collected gross assets of the estate, together with interest, totaling $8,152.21

    3. The Trustee currently has on hand the sum of $4,395.11.

    4. That based upon the foregoing receipts, Trustee is entitled to statutory commission pursuant to 11 U.S.C. §326 of $1,565.22.  That in addition, Trustee has incurred necessary expenses in the amount of $183.22.

    5. On February 14, 2019, Trustee filed his First Interim Application for Fees and Reimbursement of Expenses (Doc. No. 40) requesting interim compensation of commission in the amount of $750, and reimbursement of his necessary expenses in the amount of $89.85.

    6. On March 28, 2019, the Court granted Trustee's First Interim Application (Doc. No. 41) as requested.

1

7. There is annexed hereto as Exhibit A an itemization of expenses incurred by Trustee. There is annexed hereto as Exhibit B a current copy of Trustee's Form 2.

8. Pursuant to 11 U.S.C. §331, Trustee therefore requests a second interim compensation of commission in the amount of $815.22, and reimbursement of his necessary expenses in the amount of $93.37 for a total second interim award of $908.59.

WHEREFORE, Trustee respectfully prays that this Court enter its order granting to him a second interim compensation of commission in the amount of $815.22, and reimbursement of necessary expenses in the amount of $93.37 for a total second interim award of $908.59, and that he have such other and further relief as is just and proper.

Dated: 7/13/2021  /s/ Michael S. Askenaizer
Michael S. Askenaizer, Esq.
29 Factory Street
Nashua, NH 03060
Telephone: (603)594-0300
BNH #04714
Chapter 7 Trustee

2

## CERTIFICATE OF SERVICE

I, Michael S. Askenaizer of 29 Factory Street, Nashua, New Hampshire, 03060 certify:

That on the 13th day of July, 2021, I served a copy of the foregoing Second Interim Application of Chapter 7 Trustee For Commission and Reimbursement of Expenses, proposed Order and any and all other related documents filed in this proceeding on:

Office of the U.S. Trustee
James C. Cleveland Federal Building
53 Pleasant Street, Suite 2300
Concord, NH  03301

All other parties listed on the Court's CM/ECF Register

In addition to the parties served via electronic notification, the following were served via US Mail:

All parties on the attached mailing list

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  7/13/2021                          /s/ Michael S. Askenaizer
                                           Michael S. Askenaizer