# Expense Worksheet
**Period:** 01/01/00 - 06/30/21
**Trustee: Michael S. Askenaizer (490100)**

**EXHIBIT A**

| **Case Number:** | 15-11512 | **Case Name:** | Berman, Lisa C. |
|---|---|---|---|
| **Case Type:** | Assets | **Judge:** | Bruce A. Harwood |
| **Petition Date:** | 09/24/15 | **341a Meeting:** | 10/22/15  09:30 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/27/15 | Photocopying @ $.10/copy | 14.00 | $0.100 | $1.40 |
| 10/27/15 | Postage | 1.00 | $0.490 | $0.49 |
| 10/28/15 | Postage | 1.00 | $0.710 | $0.71 |
| 12/07/15 | Photocopying @ $.10/copy | 4.00 | $0.100 | $0.40 |
| 12/07/15 | Postage | 1.00 | $0.490 | $0.49 |
| 01/12/16 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 02/17/16 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/11/16 | Photocopying @ $.10/copy | 9.00 | $0.100 | $0.90 |
| 03/11/16 | Postage | 1.00 | $0.490 | $0.49 |
| 03/29/16 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 09/29/16 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 01/04/17 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/30/17 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 06/30/17 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 10/02/17 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 12/27/17 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 02/28/18 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 04/02/18 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 07/02/18 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 10/02/18 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 01/02/19 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 01/29/19 | Postage | 33.00 | $0.890 | $29.37 |
| 01/29/19 | Photocopying @ $.10/copy | 528.00 | $0.100 | $52.80 |
| 02/26/19 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/28/19 | Photocopying @ $.10/copy | 4.00 | $0.100 | $0.40 |
| 03/28/19 | Postage | 2.00 | $0.470 | $0.94 |
| 04/01/19 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 07/01/19 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 09/30/19 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 01/02/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/02/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/31/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |

# Expense Worksheet
**Period: 01/01/00 - 06/30/21**
**Trustee: Michael S. Askenaizer (490100)**

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 15-11512 | **Case Name:** | Berman, Lisa C. | |
| **Case Type:** | Assets | **Judge:** | Bruce A. Harwood | |
| **Petition Date:** | 09/24/15 | **341a Meeting:** | 10/22/15 09:30 | |

| Date | Description | Quantity | Rate | Amount |
|---|---|---:|---:|---:|
| 06/29/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 09/28/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 12/29/20 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/17/21 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 03/30/21 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 06/29/21 | Photocopying @ $.10/copy | 2.00 | $0.100 | $0.20 |
| 06/30/21 | Postage (2nd interim fee applicaiton and distribution to creditors) | 33.00 | $1.110 | $36.63 |
| 06/30/21 | Photocopying @ $.10/copy (2nd interim fee applicaiton and distribution to creditors) | 528.00 | $0.100 | $52.80 |

**Total for case 15-11512:** $183.22

**Grand Total:** $183.22