**EXHIBIT B**

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-11512 BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | Berman, Lisa C. | | Bank Name: | Mechanics Bank |
| | Berman, Jay | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***3276 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/12/16 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 292.84 | | 292.84 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 282.84 |
| 02/17/16 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 408.45 | | 691.29 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 681.29 |
| 03/29/16 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 271.63 | | 952.92 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 942.92 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 932.92 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 922.92 |
| 06/27/16 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 271.63 | | 1,194.55 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,184.55 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,174.55 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,164.55 |
| 09/29/16 | {17} | Mount Holyoke College | Income payment | 1129-000 | 241.96 | | 1,406.51 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,396.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,386.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,376.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,366.51 |
| 01/04/17 | {17} | Mount Holyoke College | Income distribution | 1129-000 | 241.96 | | 1,608.47 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,598.47 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,588.47 |
| 03/30/17 | {17} | Mount Holyoke College | Income distribution for period ending 3/31/2017 | 1129-000 | 232.37 | | 1,820.84 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,810.84 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,800.84 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,790.84 |
| 06/30/17 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 241.02 | | 2,031.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,021.86 |

Subtotals :  $2,201.86   $180.00

{} Asset reference(s)

Printed: 07/01/2021 09:53 AM   V.20.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-11512 BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | Berman, Lisa C. | | Bank Name: | Mechanics Bank |
| | Berman, Jay | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***3276 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,011.86 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,001.86 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,991.86 |
| 10/02/17 | {17} | Mount Holyoke College | Trust distribution. Note that check is dated 9/30/17.  Hold until Monday, 10/2 for deposit | 1129-000 | 241.02 | | 2,232.88 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,222.88 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,212.88 |
| 12/27/17 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 241.02 | | 2,453.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,443.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,433.90 |
| 02/28/18 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 181.39 | | 2,615.29 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,605.29 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,595.29 |
| 04/02/18 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 258.76 | | 2,854.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,844.05 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,834.05 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,824.05 |
| 07/02/18 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 258.76 | | 3,082.81 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,072.81 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,062.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,057.81 |
| 10/02/18 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 258.76 | | 3,316.57 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,311.57 |
| 01/02/19 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 258.76 | | 3,570.33 |
| 02/26/19 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 281.46 | | 3,851.79 |
| 03/28/19 | 101 | Michael S. Askenaizer | 1st Interim application for commissions/expenses approved 3/28/19 | 2100-000 | | 750.00 | 3,101.79 |
| | | | **Subtotals :** | | **$1,979.93** | **$900.00** | |

{} Asset reference(s)

Printed: 07/01/2021 09:53 AM    V.20.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-11512 BAH
**Case Name:** Berman, Lisa C.
Berman, Jay
**Taxpayer ID #:** **-***3276
**Period Ending:** 07/01/21

**Trustee:** Michael S. Askenaizer (490100)
**Bank Name:** Mechanics Bank
**Account:** ******6966 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Doc. No. 41) | | | | |
| 03/28/19 | 102 | Michael S. Askenaizer | 1st Interim application for commissions/expenses approved 3/28/19 (Doc. No. 41) | 2200-000 | | 89.85 | 3,011.94 |
| 03/28/19 | 103 | Internal Revenue Service | Dividend paid 45.08% on $5,268.47 Claim# 3P; Filed: $5,268.47; Reference: | 5800-000 | | 2,375.48 | 636.46 |
| 03/28/19 | 104 | Massachusetts Department of Revenue | Dividend paid 45.08% on $276.17; Claim# 7P; Filed: $276.17; Reference: | 5800-000 | | 124.52 | 511.94 |
| 04/01/19 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 271.63 | | 783.57 |
| 07/01/19 | {17} | Mount Holyoke College | Annuity distribution | 1129-000 | 271.63 | | 1,055.20 |
| 09/11/19 | | Transition Transfer Debit | | 9999-000 | | 1,055.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,725.05** | **4,725.05** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,055.20 | |
| | | | **Subtotal** | | **4,725.05** | **3,669.85** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,725.05** | **$3,669.85** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-11512 BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | Berman, Lisa C. | | Bank Name: | Metropolitan Commercial Bank |
| | Berman, Jay | | Account: | ******7280 - Checking Account |
| Taxpayer ID #: | **-***3276 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/11/19 | | Transfer from 4083 to 7280 | Transfer from 4083 to 7280 | 9999-000 | 1,055.20 | | 1,055.20 |
| 09/30/19 | {17} | Mount Holyoke College | Annuity distribution | 1129-000 | 271.63 | | 1,326.83 |
| 01/02/20 | {17} | Mount Holyoke College | Annuity distribution | 1129-000 | 271.63 | | 1,598.46 |
| 03/02/20 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 683.67 | | 2,282.13 |
| 03/31/20 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 285.54 | | 2,567.67 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,562.67 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,557.67 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,552.67 |
| 06/29/20 | {17} | Mount Holyoke College | Annuity Distribution | 1129-000 | 285.54 | | 2,838.21 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,833.21 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,828.21 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,823.21 |
| 09/28/20 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 285.54 | | 3,108.75 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,103.75 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,098.75 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,093.75 |
| 12/29/20 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 285.54 | | 3,379.29 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.45 | 3,373.84 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.22 | 3,368.62 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.03 | 3,363.59 |
| 03/17/21 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 571.15 | | 3,934.74 |
| 03/30/21 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 243.46 | | 4,178.20 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.32 | 4,171.88 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.68 | 4,165.20 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.23 | 4,158.97 |
| 06/29/21 | {17} | Mount Holyoke College | Trust distribution | 1129-000 | 243.46 | | 4,402.43 |

Subtotals :   $4,482.36   $79.93

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 15-11512 BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | Berman, Lisa C. | | Bank Name: | Metropolitan Commercial Bank |
| | Berman, Jay | | Account: | ******7280 - Checking Account |
| Taxpayer ID #: | **-***3276 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 7.32 | 4,395.11 |
| | | | **ACCOUNT TOTALS** | | 4,482.36 | 87.25 | $4,395.11 |
| | | | Less: Bank Transfers | | 1,055.20 | 0.00 | |
| | | | **Subtotal** | | 3,427.16 | 87.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,427.16** | **$87.25** | |

|  | Net Receipts : | 8,152.21 |
|---|---|---|
|  | Net Estate : | $8,152.21 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6966** | 4,725.05 | 3,669.85 | 0.00 |
| **Checking # ******7280** | 3,427.16 | 87.25 | 4,395.11 |
| | $8,152.21 | $3,757.10 | $4,395.11 |

{} Asset reference(s)  
Printed: 07/01/2021 09:53 AM    V.20.33