# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br>Lisa C. Berman and<br>Jay Berman,<br>　　　　Debtors | Chapter 7<br>Case No. 15-11512-BAH |

## RESIGNATION OF CHAPTER 7 TRUSTEE AND ACCOUNTING OF FUNDS

Michael S. Askenaizer, Chapter 7 Trustee in the above-captioned case, hereby resigns as Trustee and makes the following accounting:

1. The Trustee was appointed on September 25, 2015.
2. I have administered assets in this case and as of this date the estate had a bank account balance of $3,983.21.
3. The Trustee will promptly turn over to the successor trustee appointed by the U.S. Trustee the balance of the funds on hand, all financial records for the estate, and the Trustee's related files.

Dated: May 23, 2024
 /s/ Michael S. Askenaizer
Michael S. Askenaizer, Trustee (BNH #04714 )
Law Office of Michael S. Askenaizer
29 Factory Street
Nashua NH 03060
(603) 594-0300
trustee@askenaizer.com