**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| |
|---|
| **In re:**<br><br>**Lisa C. Berman and**<br>**Jay Berman,**<br><br>       **Debtors** |

**Chapter 7**
**Case No. 15-11512-BAH**

----------

**NOTICE OF APPOINTMENT OF**
**SUCCESSOR TRUSTEE AND FIXING OF BOND**

----------

Pursuant to 11 U.S.C. § 703, Olga L. Gordon of 33 Arch Street, 12 Floor, Boston, MA 02110 is hereby appointed as Successor Trustee in the above-referenced proceeding and is designated to preside at the meeting of creditors.  The Trustee's bond is fixed under the regional blanket bond heretofore approved.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice.  Unless another trustee is elected, the Successor Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

        William K. Harrington
        United States Trustee

By:    /s/ Ann Marie Dirsa
        Ann Marie Dirsa BNH# 06121
        Office of the United States Trustee
        53 Pleasant Street, Ste. 2300
        Concord, NH 03301
        (603) 333-2781

Dated: May 30, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I served a copy of the foregoing notice by CM/ECF upon:

Michael S. Askenaizer
Mark P Cornell
Olga L Gordon
Richard T. Mulligan

Dated: May 30, 2024                              /s/ Ann Marie Dirsa
                                                 Ann Marie Dirsa